THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES ANTHONY WILLIAMS,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>SHERYL STRANGE,<br><br>　　　　　　　Defendant. | CASE NO. C22-5006-JCC<br><br>ORDER |

Having reviewed the Report and Recommendation ("R&R") of the Honorable Michelle L. Peterson, United States Magistrate Judge and the remaining record, and there being no objection, the Court finds and ORDERS:

(1) The Court ADOPTS the R&R (Dkt. No. 7);

(2) Plaintiff's motion to proceed with this action *in forma pauperis* (Dkt. No. 4) is DENIED;

(3) Plaintiff is DIRECTED to pay the $402.00 filing fee within **thirty (30)** days of this order. Failure to timely pay the filing fee will result in termination of this action;

(4) Plaintiff's Motion to Waive Mandatory Copy of Prison Trust Account Statement (Dkt. No. 6) is DENIED as moot; and

(5) The Clerk is DIRECTED to send a copy of this order to Plaintiff and to Magistrate Judge Peterson.

1     DATED this 11th day of April 2022.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C22-5006-JCC
PAGE - 2